IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

```
WILDEARTH GUARDIANS,                     No. C 09-02453 CW

        Plaintiff,                       ORDER
                                         ADMINISTRATIVELY
   v.                                    CLOSING CASE

LISA JACKSON, in her official capacity
as Administrator of the Environmental
Protection Agency,

        Defendant.
                                    /
```

A Consent Decree having been entered in the above-captioned case,

IT IS HEREBY ORDERED that:

1. There appears to be no further reason at this time to maintain this case as an open one for statistical purposes, and the Clerk is instructed to submit a JS-6 Form to the Administrative Office.

2. In the event of a dispute between the parties concerning the interpretation or implementation of any aspect of the Consent Decree, the disputing party shall contact the other party to confer and attempt to reach an agreement on the disputed issue. If the parties cannot reach an agreed-upon resolution, then either party may move the Court to resolve the dispute.

Dated: 2/23/10

CLAUDIA WILKEN
United States District Judge