UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS,  )<br>  )<br>     Plaintiff  )<br>  )<br>  )<br>    v.  )<br>  )<br>  )<br>LISA JACKSON, in her official capacity as  )<br>Administrator of the Environmental Protection Agency  )<br>  )<br>     Defendant  ) | CASE NO. 4:09-CV-02453-CW |

**ORDER GRANTING
JOINT MOTION TO MODIFY CONSENT DECREE**

Upon consideration of the Joint Motion to Modify Consent Decree, the Motion is GRANTED.

The Consent Decree entered on February 23, 2010 (Docket Entry 26) is hereby modified to:

(1) extend the deadline in paragraph 7(a) of the Consent Decree from May 10, 2011 to June 21, 2011 for the Administrator to sign a notice or notices approving a State Implementation Plan ("SIP"), promulgating a Federal Implementation Plan ("FIP"), or approving a SIP in part with promulgation of a partial FIP for Idaho, New Mexico, North Dakota, Oklahoma, and Oregon to meet the requirement of 42 U.S.C. § 7410(a)(2)(D)(i)(II) regarding interfering with measures in other states related to protection of visibility; and

(2) require the Administrator to sign by March 15, 2011 a notice proposing either approval of a SIP, promulgation of a FIP or approval of a SIP in part with promulgation of a

2

partial FIP for North Dakota to meet the requirement of 42 U.S.C. § 7410(a)(2)(D)(i)(II) regarding interfering with measures in other states related to protection of visibility.

    IT IS SO ORDERED.

Date: **1/14/2011**

    Claudia Wilken
    United States District Judge