STATE OF NORTH DAKOTA
WAYNE STENEHJEM
ATTORNEY GENERAL

Paul M. Seby (CO Bar 27487)
*Pro Hac Vice*
Special Assistant Attorney General
Moye White LLP
1400 16th Street, Sixth Floor
Denver, CO  80202
Telephone:     (303) 292-2900
Facsimile:      (303) 292-4510
*paul.seby@moyewhite.com*

Chad A. Westfall (State Bar No. 208968)
Special Assistant Attorney General
Musick, Peeler & Garrett LLP
100 Montgomery Street, Suite 2525
San Francisco, CA 94104
Telephone:     (415) 281-2030
Facsimile:      (415)281-2010
*c.westfall@mpglaw.com*

Attorneys for Proposed Intervenors The State of
North Dakota and the North Dakota Department of Health

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION**

| | |
|---|---|
| WILDEARTH GUARDIANS,<br><br>        Plaintiff,<br><br>    vs.<br><br>LISA JACKSON, in her official capacity as Administrator of the Environmental Protection Agency,<br><br>        Defendant. | CASE No. Case No.4:09-CV-02453-CW<br><br>**STIPULATION AND REQUEST FOR ORDER RESCHEDULING HEARING DATE FOR (1) MOTION TO INTERVENE FOR A LIMITED PURPOSE; AND (2) MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT FOR EXCEEDING HER AUTHORITY UNDER THE CONSENT DECREE**<br><br>Date:    December 1, 2011<br>Time:    2:00 p.m.<br>Crtrm.:  2 |

   Proposed Intervenors The State of North Dakota and the North Dakota Department of Health, Plaintiff WildEarth Guardians, and Defendant Lisa Jackson (collectively the "Parties") hereby stipulate as follows:

   WHEREAS Proposed Intervenors The State of North Dakota and the North Dakota

Department of Health re-noticed their motion to intervene for a limited purpose (Docket No. 43) and their motion for an order to show cause why the Administrator of the U.S. Environmental Protection Agency should not be held in contempt (Docket No. 46) to be heard on November 10, 2011; and

    WHEREAS this Court rescheduled those motions to Thursday, November 17, 2011 at 2:00 p.m.; and

    WHEREAS counsel for Proposed Intervenors has a previous commitment and is unavailable on November 17, 2011;

NOW, THEREFORE, the Parties stipulate, agree, and request an order rescheduling the motion to intervene for a limited purpose (Docket No. 43) and the motion for an order to show cause why the Administrator of the U.S. Environmental Protection Agency should not be held in contempt (Docket No. 46) to December 1, 2011 at 2:00 pm, or as soon thereafter as counsel may be heard, in the Oakland Branch of the U.S. District Court, Courtroom 2 - 4th Floor, 1301 Clay Street, Oakland, California.

    **IT IS SO STIPULATED AND AGREED.**

| | |
|---|---|
| LISA JACKSON, in her official capacity as Administrator of the Environmental Protection Agency | WildEarth Guardians |
| /s/ | /s/ |
| Norman L. Rave, Jr.<br>U.S. Department of Justice<br>Environment & Natural Resources Div. | James Jay Tutchton |
| The State of North Dakota and the North Dakota Department of Health | |
| /s/ | |
| WAYNE STENEHJEM<br>Attorney General | |
| PAUL M. SEBY<br>Special Assistant Attorney General | |
| CHAD A. WESTFALL<br>Special Assistant Attorney General | |

IT IS SO ORDERED
/s/ Judge Claudia Wilken
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA