UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, </br></br> Plaintiff </br></br> v. </br></br> LISA JACKSON, in her official capacity as Administrator of the Environmental Protection Agency </br></br> Defendant | CASE NO. 4:09-CV-02453-CW |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION FOR
LEAVE TO PARTICIPATE IN HEARING BY TELEPHONE**

Upon consideration of Defendant's Unopposed Motion for Leave to Participate in Hearing by Telephone, the Motion is GRANTED.

IT IS SO ORDERED.

Date: 11/22/2011

Claudia Wilken
United States District Judge