UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| WILDEARTH GUARDIANS, | ) |
| Plaintiff | ) |
| v. | ) CASE NO. 4:09-CV-02453-CW |
| LISA JACKSON, in her official capacity as Administrator of the Environmental Protection Agency | ) |
| Defendant | ) |

**[PROPOSED] ORDER GRANTING
DEFENDANT'S UNOPPOSED MOTION FOR
LEAVE TO PARTICIPATE IN HEARING BY TELEPHONE**

Upon consideration of Defendant's Unopposed Motion for Leave to Participate in Hearing by Telephone, the Motion is GRANTED.

IT IS SO ORDERED.

Date: 11/22/2011

Claudia Wilken
United States District Judge