UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILDEARTH GUARDIANS,          ) | |
| )                              | |
| Plaintiff                     ) | |
| )                              | |
| )                              | |
| v.                            ) | CASE NO.  4:09-CV-02453-CW |
| )                              | |
| )                              | |
| LISA JACKSON, in her official capacity as   ) | |
| Administrator of the Environmental Protection Agency   ) | |
| )                              | |
| Defendant                     ) | |

**[PROPOSED] ORDER**

Upon consideration of the parties' Joint Motion to Dismiss Case with Prejudice, and good cause having been found, the Motion is GRANTED.  The Consent Decree in this action is hereby terminated and this action is hereby dismissed with prejudice.

IT IS SO ORDERED.

Date: ___8/27/2012_____

_____
Claudia Wilken
United States District Judge